**Order entered December 30, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01017-CV

### IN RE GARY EUGENE SIMS, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F00-45450-S**

### ORDER

Before Justices Whitehill, Pedersen, III, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction.

/s/    BILL WHITEHILL
       JUSTICE